**IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| vs. | : CRIMINAL NO.: 25-00028-KD-MU |
| MALIK JORDAN CHAMBERS | : |

**ACCEPTANCE OF GUILTY PLEA
AND ADJUDICATION OF GUILT**

Pursuant to the Report and Recommendation of the United States Magistrate Judge (Doc. 230) and without any objection having been filed by the parties, Defendant Malik Jordan Chamber's plea of guilty to Count Two of the Superseding Indictment charging violation of 18 U.S.C. § 1956(h) – money laundering conspiracy, is accepted and Defendant is adjudged guilty of such offense.

A sentencing hearing has been scheduled for **October 2, 2025, at 11:00 a.m.** in Courtroom 4B of the United States Courthouse, 155 St. Joseph St., Mobile, Alabama 36602.

**DONE and ORDERED** this the 11th day of July 2025.

s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE